No. 84–2034.   SAVILLE v. WESTINGHOUSE ELECTRIC CORP.
ET AL.   C. A. 3d Cir.   Certiorari denied.

JUSTICE WHITE, dissenting.

In this case, the United States Court of Appeals for the Third Circuit held that *DelCostello* v. *Teamsters*, 462 U. S. 151 (1983) (actions brought under § 301 of the Labor Management Relations Act, 29 U. S. C. § 185, are governed by the 6-month statute of limitations provided in § 10(b) of the National Labor Relations Act, 29 U. S. C. § 160(b)), applies retroactively. In so holding, the Court of Appeals followed a prior decision in that court which relied on the factors outlined in *Chevron Oil Co.* v. *Huson*, 404 U. S. 97, 106–107 (1971), in making that retroactivity determination. See *Perez* v. *Dana Corp., Parish Frame Div.*, 718 F. 2d 581 (CA3 1983). For the reasons stated in my dissent in *Greyhound Lines, Inc.* v. *Wilhite, ante*, p. 910, I would grant certiorari in this case.

No. 84–6962.   CAPE v. FRANCIS, WARDEN.   C. A. 11th Cir.;
No. 84–6975.   ALDERMAN v. GEORGIA.   Sup. Ct. Ga.; and
No. 85–5171.   WILSON v. LOUISIANA.   Sup. Ct. La.   Certiorari denied.   Reported below: No. 84–6962, 741 F. 2d 1287; No. 84–6975, 254 Ga. 206, 327 S. E. 2d 168; No. 85–5171, 467 So. 2d 503.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.